IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,    No. CR S-03-0185 GEB PAN P

  vs.

EDGAR EDUARDO OCHOA,

    Movant.    <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a document styled as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  In the motion, movant asserts that he has filed the motion to "protect his 2255's time limitations" but that the matter may be pending on direct appeal. (Motion, filed October 27, 2005, at 1.)

        The record reflects that movant waived his right to appeal his conviction and "any aspect of the sentence imposed in this case as long as his sentence is consistent" with stipulations contained in his plea agreement about the sentencing guideline variables.  (Plea Agreement, filed May 10, 2004, at 7.)  On November 4, 2004, petitioner filed a letter.  By order filed November 8, 2004, the district court directed that letter be sent to movant's counsel and the Federal Defender's Office.  No direct appeal has been processed in this case to the United States Court of Appeals for the Ninth Circuit.

The § 2255 motion filed October 27, 2005 contains no cognizable claims for relief.  Good cause appearing, the motion will be dismissed and movant will be given an opportunity to file an amended § 2255 motion.[1]  The court will require an amended motion to be filed on the form provided by the court with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Movant's October 27, 2005 motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 is dismissed with leave to amend within thirty days from the date of this order;

2. Any amended motion must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "Amended Motion"; and

3. The Clerk of the Court is directed to send petitioner the form for filing a § 2255 motion.

DATED:  March 30, 2006.

UNITED STATES MAGISTRATE JUDGE

12
ocho0185.215

---

[1] The court notes that movant's plea agreement includes an agreement not to file a § 2255 motion to attack his conviction or sentence.  (Plea Agreement, at 7.)  At this juncture, the court makes no findings whether, that waiver notwithstanding, movant may nonetheless be able to seek some form of relief on a § 2255 motion.

2