IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-03-0185 GEB PAN P

  vs.

EDGAR EDUARDO OCHOA,

        Movant.                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        Movant has submitted a declaration in support of a request to proceed in forma pauperis. Movant is not required to pay a filing fee for the instant motion nor is there any need for in forma pauperis status at this time. Good cause appearing, the request will be denied without prejudice to its renewal as appropriate at a later stage of the proceedings.

        Movant filed his original motion to vacate on October 27, 2005. By court order filed March 31, 2006, that motion was dismissed with thirty days' leave to amend. On July 26, 2006, this court issued findings and recommendations recommending dismissal of the motion to vacate for movant's failure to file an amended motion. Objections to the findings and

recommendations were to be filed within twenty days. Movant did not file objections to the findings and recommendations, but has now filed an amended motion. Good cause appearing, the findings and recommendations will be vacated. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Movant's application to proceed in forma pauperis is denied without prejudice to its renewal as appropriate at a later stage of the proceedings.

2. The findings and recommendations filed July 26, 2006, are vacated.

3. Respondent is directed to file a response to movant's motion within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2255 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the motion. See Rule 5, Rules Governing Section 2255 Proceedings.

4. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

5. The Clerk of the Court shall serve a copy of this order together with a copy of the motion to vacate, set aside or correct movant's sentence pursuant to 28 U.S.C. § 2255 on the United States Attorney or his authorized representative.

DATED: September 6, 2006.

UNITED STATES MAGISTRATE JUDGE

14
ocho0185.206