IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR EDUARDO OCHOA,

    Movant,                                No. CR. S-03-185 GEB EFB P

    vs.

UNITED STATES OF AMERICA,

    Respondent.                         <u>ORDER</u>

_____/

       Movant is proceeding pro se with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The court is in receipt of respondent's second request for an extension of time to file a response to the motion. Good cause appearing, respondent's November 2, 2006 request is GRANTED and respondent is granted until December 8, 2006 to file a response.

DATED: November 30, 2006

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE